IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                                           CASE NO.: 1:07cr18-SPM

JOSEPH DANIEL WAHL,

      Defendant.
_____/

## ORDER SETTING HEARING ON MOTION TO SUPPRESS

**THIS CAUSE** comes before the Court upon the Motion to Suppress (doc. 127).  Defendant, who is currently set for trial on the June 2, 2008 docket, seeks to suppress evidence obtained as the result of a warrantless search conducted by law enforcement officers.

Having examined the motion, the Court finds that a hearing is necessary to resolve the factual issues presented.  Accordingly, it is

**ORDERED AND ADJUDGED** that a hearing on the motion to suppress (doc. 172) shall be held on ***Monday, May 19, 2008 at 11:00 am*** at the United States Courthouse in Gainesville, Florida.  Two hours have been reserved for the hearing.

**DONE AND ORDERED** this <u>thirtieth</u> day of April, 2008.

                                                 *s/ Stephan P. Mickle*
                                                 Stephan P. Mickle
                                                 United States District Judge