IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                          CASE NO.: 1:07cr18-SPM

JOSEPH DANIEL WAHL,

     Defendant.
_____/

## ORDER RESCHEDULING SUPPRESSION HEARING

THIS CAUSE comes before the Court upon the Motion to Reschedule Hearing (doc. 176).  Finding good reason for the postponement, it is hereby

ORDERED AND ADJUDGED that the motion to reschedule is granted and the suppression hearing shall be held on **Friday, May 23, 2008 at 10:00 am** at the United States Courthouse in Gainesville, Florida.  Two hours have been reserved for the hearing.

DONE AND ORDERED this sixteenth day of May, 2008.

          *s/ Stephan P. Mickle*
          Stephan P. Mickle
          United States District Judge