**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                                          CASE NO.: 1:07cr18-SPM

JOSEPH DANIEL WAHL,

      Defendant.
_____/

## ORDER GRANTING REQUEST FOR JUDICIAL NOTICE

      Pending before the Court is Defendant's request for judicial notice (doc. 182). Defendant requests that this Court take judicial notice of the fact that Keystone Heights is located in Clay County, that Clay County is located in the Fourth Judicial Circuit of Florida and that Alachua County is located in the Eighth Judicial Circuit of florida. Upon consideration, it is

      ORDERED AND ADJUDGED that Defendant's motion (doc. 182) is *granted*.

      DONE AND ORDERED this thirtieth day of May, 2008.

                            *s/ Stephan P. Mickle*
                            Stephan P. Mickle
                            United States District Judge