IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                               CASE NO.: 1:07cr18-SPM

JOSEPH DANIEL WAHL,

       Defendant.

_____/

## ORDER

Pending before the Court is Defendant's motion to use two laptop computers and a GPS system during the trial that is scheduled for June 2, 2008 (doc. 203).  In the motion, Defendant requests the laptops for personal use by defense counsel and the GPS system for demonstrative evidence during the trial.

Finding the request reasonable, it is hereby ORDERED AND ADJUDGED as follows:

1. The motion requesting permission to use two laptops and a GPS device during trial (doc. 203) is **granted**.

2. The Clerk's Office shall notify building security personnel of this order.

DONE AND ORDERED this <u>thirtieth</u> day of May, 2008.

                                      *s/ Stephan P. Mickle*
                                      Stephan P. Mickle
                                      United States District Judge