IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO.: 1:07cr18-SPM

JOSEPH DANIEL WAHL,

    Defendant.

_____/

**ORDER DENYING DEFENDANT'S MOTION FOR DAILY TRANSCRIPTS**

    THIS CAUSE comes for consideration upon Defendant's ex parte "Motion for Daily Transcript at Government's Expense" expense under 18 U.S.C. § 3006A(e)(1)(doc. 202).  In order to obtain services under § 3006A, a defendant must demonstrate that he is "financially unable" to obtain the services and that the services are "necessary" for "adequate representation".  A daily trial transcript "may be an incidental convenience," but the Government is not required "to furnish an indigent with every luxury that a wealthy litigant might conceivably choose to purchase." Gardner v. California, 393 U.S. 367, 372 (1969).

    "[T]he decision to supply daily transcripts to indigent defendants is a matter within the discretion of the trial judge."  United States v. Bari, 750 F.2d 1169, 1181 (2d Cir. N.Y. 1984).  "Where the additional expense of an expedited transcript is obtained merely for 'the convenience of the attorney,' such an award is an abuse of discretion."  United States v. Pieper, 854 F.2d 1020, 1028 (7th Cir. Wis. 1988)

(quoting <u>Newman v. A.E. Staley Manufacturing Company</u>, 648 F.2d 330, 336 (5th Cir. 1981)).

      Here, it appears that the use of daily transcripts by Defendant would be for the convenience of defense counsel. Such a convenience would be a luxury and not a necessity for this trial. The superceding indictment contains only two counts. The trial is scheduled to last less than a week. It is not anticipated that this trial will be long or complex. Therefore, this Court finds that daily transcript services are not necessary for adequate representation in this case.

      Accordingly, it is hereby **ORDERED AND ADJUDGED** that Defendant's motion for daily transcript services at Government expense (doc. 202) is hereby **<u>denied</u>**.

      **DONE AND ORDERED** this <u>second</u> day of June, 2008.

      *s/ Stephan P. Mickle*
      Stephan P. Mickle
      United States District Judge