IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO.: 1:07cr18-SPM

JOSEPH DANIEL WAHL,

    Defendant.
_____/

**ORDER CONTINUING SENTENCING HEARING**

Upon consideration, Defendant's motion to continue his sentencing hearing (doc. 263) in order to respond to and refute the facts in the Presentencing Investigation Report is **granted**. The sentencing hearing is reset for 1:30 p.m. on **Monday, October 6, 2008**, at the United States Courthouse in Gainesville, Florida.

DONE AND ORDERED this twenty-sixth day of August, 2008.

                                    *s/ Stephan P. Mickle*
                                    Stephan P. Mickle
                                    United States District Judge